JOSHUA N. KASTAN (SBN 284767)
JNK@dkmlawgroup.com
JESSICA J. ROSS (SBN 313988)
JJR@dkmlawgroup.com
KERI L. SALET (SBN 318913)
KLS@dkmlawgroup.com
**DKM LAW GROUP, LLP**
50 California St., Ste. 1500
San Francisco, CA 94111
Telephone:  (415) 421-1100
Facsimile:   (415) 842-0095

Attorneys for Defendant,
GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WHEELER,<br><br>          Plaintiffs,<br><br>     vs.<br><br>GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1 to 25, inclusive,<br><br>          Defendants. | CASE NO.   2:23-cv-00623-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER** |

Plaintiff Edward Wheeler ("Wheeler") and Defendant Garrison Property and Casualty Insurance Company ("Garrison") hereby agree and stipulate as follows:

**STIPULATION**

WHEREAS, the Court's Initial Pretrial Scheduling Order dated September April 3, 2023 (Dkt. 3) set the following pertinent case management deadlines:

1. Fact Discovery Cutoff:          December 6, 2023
2. Expert Disclosures:              February 2, 2024
3. Rebuttal Expert Disclosures:    March 1, 2024

-1-
**JOINT STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER
CASE NO. - 2:23-cv-00623-TLN-AC**

    4. Supplemental Discovery Cutoff:  May 3, 2024

    5. Dispositive Motion Deadline:     June 3, 2024

  WHEREAS, the parties are diligently engaged in the preparation of their Federal Rule of Civil Procedure 26 initial disclosures for production on June 30, 2023, after which they will be in a position to engage in further extensive written discovery, receive document production from subpoenas served on non-party entities as necessary, and depositions;

  WHEREAS, the parties previously agreed upon and set forth a modified case management schedule within their Joint Status Report as filed on June 5, 2023 (Dkt. 7);

  WHEREAS, following further discovery, including depositions, the parties will be in a position to engage in settlement discussions, and are hopeful the matter will resolve;

  WHEREAS, the parties agree there is a greater likelihood settlement will be reached in this matter with additional time, and with the avoidance of expending fees on retaining expert witnesses;

  WHEREAS, the parties believe that a brief continuance of the case management deadlines, as previously set forth within the Joint Status Report, is warranted to allow for further settlement negotiations and resolution of the matter;

  WHEREAS, the parties have not previously sought any time modifications in this case;

  WHEREAS, the parties agree they will not be prejudiced by the continuance of the discovery deadlines in this case;

  WHEREAS, based upon the foregoing the parties believe good cause exists for the modification of the Court's Initial Pretrial Scheduling Order;

//
//
//
//
//
//
//

THEREFORE. IT IS HEREBY STIPULATED THAT the parties, by and through their counsel, jointly and respectfully request that the Court modify the case management deadlines in this case as follows:

1. Fact Discovery Cutoff:         March 5, 2024
2. Expert Disclosures:            May 3, 2024
3. Rebuttal Expert Disclosures:   May 31, 2024
4. Supplemental Discovery Cutoff: July 31, 2024
5. Dispositive Motion Deadline:   August 30, 2024

SO STIPULATED.

Dated: June 14, 2023                    DKM LAW GROUP, LLP

                                        By: /s/Joshua N. Kastan
                                            JOSHUA N. KASTAN
                                            JESSICA J. ROSS
                                            KERI L. SALET
                                            **DKM LAW GROUP, LLP**
                                            50 California St., Ste. 1500
                                            San Francisco, CA 94111
                                            Attorneys for Defendant
                                            GARRISON PROPERTY AND CASUALTY
                                            INSURANCE COMPANY

Dated: June 14, 2023                    GAVRILOV & BROOKS

                                        By: /s/Matthew Richard*
                                            OGNIAN GAVRILOV
                                            HANNAH FERNANDEZ
                                            MATTHEW RICHARD
                                            **GAVRILOV & BROOKS**
                                            2315 Capitol Avenue
                                            Sacramento, CA 95816
                                            Attorneys for Plaintiff
                                            EDWARD WHEELER
                                            *Signed with permission

## ORDER

Pursuant to the parties' stipulation and good cause appearing, it is hereby ORDERED that the Pretrial Scheduling Order as set on April 3, 2023 (Dkt. 3) is hereby modified as follows:

1. Fact Discovery Cutoff:           March 5, 2024
2. Expert Disclosures:              May 3, 2024
3. Rebuttal Expert Disclosures:     May 31, 2024
4. Supplemental Discovery Cutoff:   July 31, 2024
5. Dispositive Motion Deadline:     August 30, 2024

ORDERED and dated this 14th day of June, 2023.

_____
Troy L. Nunley
United States District Judge